UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BEAU JAMES ELLENBECKER,

    Plaintiff,

    v.                          Case No. 20-C-1279

PAUL VANDERLINDEN and
MUNCHEEZ PIZZERIA
a/k/a VanderLinden Business Ventures LLC,

    Defendants.

---

## ORDER

---

Plaintiff Beau James Ellenbecker, who is proceeding *pro se*, filed a complaint against Defendants Paul VanderLinden and Muncheez Pizzeria, also known as VanderLinden Business Ventures LLC, on August 19, 2020. The court entered a screening order finding that Plaintiff had failed to state a claim but allowed Plaintiff to file an amended complaint curing the defects identified by the court. Dkt. No. 4. Rather than file an amended complaint, on September 28, 2020, Plaintiff filed a "response" to the screening order, providing certain information about his claims. Plaintiff's response is not an amended complaint and thus does not comply with the court's screening order. The court will provide Plaintiff with one more opportunity to file an amended complaint that complies with the court's screening order. Plaintiff must file an amended complaint within 21 days of the date of this order. Failure to do so may result in dismissal of this action.

**SO ORDERED** at Green Bay, Wisconsin this 30th day of September, 2020.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge